IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
CURTIS LEON HORNE,            *
     Plaintiff,               *
                              *
     v.                       *
                              *   CV 1:15-194
STANLEY WILLIAMS, Warden,     *
                              *
     Defendant.               *
                              *
                              *
                              *
```

**O R D E R**

Presently before the Court is Plaintiff's Motion Showing Presidential Jurisdiction. (Doc. 9). In his motion, Plaintiff seeks a presidential pardon and looks to overturn the Magistrate Judge's Report and Recommendation declaring untimely his petition under 28 U.S.C. § 2244. Because the Court adopted the Magistrate Judge's Report and Recommendation, and Plaintiff's motion attempts to re-hash issues that have already been fully litigated, the Court construes Plaintiff's motion as a motion to reconsider. The Court **DENIES** Plaintiff's motion.

"In considering a motion for reconsideration, a court must balance the need for finality and judicial economy against the need to render just decisions." Collins v. Int'l Longshoremen's Ass'n Local 1423, No. 2:09-cv-093, 2013 WL 393096, at *1 (S.D. Ga. Jan. 30, 2013). Generally, a motion for reconsideration should only be granted if there is (1) an intervening change in controlling law; (2) newly discovered evidence; or (3) the need to correct clear error or prevent manifest injustice." Insured Deposits Conduit, LLC v. Index Powered

Fin. Servs., LLC, No. 07-22735, 2008 WL 5691349, at *1-2 (S.D. Fla. Mar. 14, 2008); accord Bryant v. Jones, 696 F. Supp. 2d 1313, 1320 (N.D. Ga. 2010); Merrett v. Liberty Mut. Ins. Co., No. 3:10-cv-1195, 2013 WL 5289095, at *1 (M.D. Fla. Sept. 19, 2013). Because reconsideration is an extraordinary remedy to be employed sparingly, the movant must set forth facts or law of a strongly convincing nature to induce the Court to reverse its prior decision. Voter Verified, Inc. v. Election Sys. & Software, Inc., No. 6:09-cv-1969, 2011 WL 3862450, at *2 (M.D. Fla. Aug. 31, 2011). A motion for reconsideration should not be used to present arguments already heard and dismissed, or to offer new legal theories or evidence that a party could have presented before the original decision. S.E.C. v. Mannion, No. 1:10-cv-3374, 2013 WL 5999657, at *2 (N.D. Ga. Nov. 12, 2013).

Plaintiff has not satisfied the burden required for a motion to reconsider. Therefore, this Court **DENIES** Plaintiff's motion. (Doc. 9).

**ORDER ENTERED** at Augusta, Georgia, this 30th day of September, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

2